FILED
08 JUL 17 AM 11:07
[CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA]

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NATHAN SEASTRUNK,
                    Petitioner

vs.

D.K. SISTO,
                    Respondent

CASE NO. CV 08 3444 WHA (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, <u>Nathan Seastrunk</u>, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____N/A____   Net: ____N/A____

Employer: ____N/A____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____NONE_____
5  _____
6  _____
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.  Business, Profession or            Yes ____ No _X_
10        self employment
11    b.  Income from stocks, bonds,         Yes ____ No _X_
12        or royalties?
13    c.  Rent payments?                     Yes ____ No _X_
14    d.  Pensions, annuities, or            Yes ____ No _X_
15        life insurance payments?
16    e.  Federal or State welfare payments, Yes ____ No _X_
17        Social Security or other govern-
18        ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.  Are you married?                      Yes ____ No _X_
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.  a.  List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____ - 2 -

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____N/A_____

_____

5. Do you own or are you buying a home?   Yes ____ No __X__

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?   Yes ____ No __X__

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account? Yes ____ No _X__ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash? Yes ____ No _X__ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No _X__

_____

8. What are your monthly expenses? N/A

Rent: $_____ Utilities: _____

Food: $_____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ 9. Do |

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____N/A_____

_____

10.   Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____N/A_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7/13/08                                   /s/ Nathan [signature]

DATE                                      SIGNATURE OF APPLICANT

E-filing   CV 08   3444   WHA  (PR)

```
REPORT ID: TS3030  .701                                                    REPORT DATE: 07/09/08
                                                                           PAGE NO:            1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                             CALIFORNIA STATE PRISON SOLANO
                             INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: APR. 01, 2008 THRU JUL. 09, 2008

ACCOUNT NUMBER : V81987                    BED/CELL NUMBER: S106T2000000218U
ACCOUNT NAME   : SEASTRUNK, NATHAN MORRIS        ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                          TRUST ACCOUNT ACTIVITY

  TRAN
DATE  CODE  DESCRIPTION    COMMENT     CHECK NUM   DEPOSITS   WITHDRAWALS    BALANCE
----  ----  -----------    -------     ---------   --------   -----------    -------
04/01/2008  BEGINNING BALANCE                                                  36.96
04/01 D340  EFT DEPOSIT    JP615-3614                50.00                     86.96
04/08*W389  DONATION - YO  3719COSTCO                              27.00       59.96
05/02 D340  EFT DEPOSIT    JP646-4005               100.00                    159.96
05/20 FC01  DRAW-FAC 1     4250-MKUP                              159.96        0.00
06/05*DD30  CASH DEPOSIT   9555-4510                 40.50                     40.50
06/24 FC01  DRAW-FAC 1     4812-MKUP                               40.50        0.00

                    * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/10/07                CASE NUMBER: FCR246381
COUNTY CODE: SOL                        FINE AMOUNT: $    200.00

DATE   TRANS.  DESCRIPTION                   TRANS. AMT.      BALANCE
-----  ------  -----------                   -----------      -------
04/01/2008  BEGINNING BALANCE                                  200.00
06/05/08  DR30  REST DED-CASH DEPOSIT             45.00-       155.00

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                         TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL         TOTAL       CURRENT      HOLDS      TRANSACTIONS
 BALANCE     DEPOSITS     WITHDRAWALS    BALANCE     BALANCE     TO BE POSTED
---------    --------     -----------    -------     -------     ------------
   36.96      190.50         227.46        0.00        0.00          0.00

                                                    CURRENT
                                                   AVAILABLE
                                                    BALANCE
                                                    -------
                                                       0.00
```

(C.C.P. §§446; 2015.5;
28 U.S.C. §1746)

I, <u>Nathan Seastrunk</u>, declare under the penalty of perjury that:

am the <u>Petitioner</u> in the attached matter; I have read the foregoing document(s) and know the contents thereof; and the same is true of my own personal knowledge, or upon information and belief therein that they are true; that if called to testify as to the contents hereof I could do so competently as a sworn witness.

Executed this <u>13</u> day of <u>July</u>, 2008 at California State Prison / Solano, Vacaville, California.

(Signature) _Nathan Seastrunk_
Declarant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DECLARATION OF SERVICE BY MAIL

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, <u>Nathan Seastrunk</u>, declare: That I am a resident of California State Prison / Solano State of California; I am over the age of 18 years; I am/am not a party to the above entitled action; My address is P.O. Box 4000 <u>6-218</u> Vacaville, CA 95696. I served the attached document(s) entitled:

Writ of Habeas Corpus, original and one copy

on the persons/parties specified below by placing a true and duplicated copy of said documents into a sealed envelope with appropriate First Class Postage affixed thereto and prepaid, and placing said envelope(s) into the United States Mail in a deposit box provided at the California State Prison / Solano, in Vacaville, California, addressed as follows:

United States District Court for the Northern
of California
450 Golden Gate Ave.
San Francisco, Ca. 94102

There is First Class mail delivery service by United States Mail at the places so addressed and/or regular communication by mail between the place of mailing and the addresses above. I declare under the penalty of perjury that the foregoing is true and correct and that I executed this service on this <u>13</u> day of <u>July</u>, 2008 at California State Prison / Solano, in Vacaville, California.

(Signature) _Nathan Seastrunk_
Declarant