FILED

08 AUG 15 PM 2:16

[CLERK, U.S. DISTRICT COURT]
[NORTHERN DISTRICT OF CALIFORNIA]

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**WHA**

Nathan Seastrunk, Plaintiff,

vs.

D.K. Sisto, Warden, Defendant.

CASE NO. CV 08 3444

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

**(PR)**

I, Nathan Seastrunk, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  ___NONE_____
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.    Business, Profession or                   Yes ___ No _X_
10           self employment
11     b.    Income from stocks, bonds,                Yes ___ No _X_
12           or royalties?
13     c.    Rent payments?                            Yes ___ No _X_
14     d.    Pensions, annuities, or                   Yes ___ No _X_
15           life insurance payments?
16     e.    Federal or State welfare payments,        Yes ___ No _X_
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.    Are you married?                             Yes ___ No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 2 -


1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____
6  _____

7  5.  Do you own or are you buying a home?   Yes ___  No _X_
8  Estimated Market Value: $_____  Amount of Mortgage: $_____
9  6.  Do you own an automobile?   Yes ___  No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No _X_ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No _X_ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No _X_
20 _____
21 8.  What are your monthly expenses? ∅
22 Rent: $ _____  Utilities: _____
23 Food: $ _____  Clothing: _____
24 Charge Accounts:
25 Name of Account        Monthly Payment         Total Owed on This Acct.
26 _____            $ _____            $ _____
27 _____            $ _____            $ _____
28 _____            $ _____            $ _____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7/31/08                                    /s/ Nathan Seastrunk

DATE                                       SIGNATURE OF APPLICANT

|    |    |
|---|---|
| 1  |    |
| 2  | Case Number: CV 08 3444 |

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Seastrunt, Nathan M.** [prisoner name] for the last six months **CSP, Solano** [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **55.08** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **90.39**.

Dated: **8/1/08**

_Teresa Ayons, Acct. Tech_
[Authorized Officer of the institution]

AUG 0 1 2008

```
REPORT ID: TS3030 .701                    REPORT DATE: 08/01/08
                                          PAGE NO:           1
                CALIFORNIA DEPARTMENT OF CORRECTIONS
                    CALIFORNIA STATE PRISON SOLANO
                    INMATE TRUST ACCOUNTING SYSTEM
                    INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 01, 2008

ACCOUNT NUMBER : V81987              BED/CELL NUMBER:  S106T200000218U
ACCOUNT NAME   : SEASTRUNK, NATHAN MORRIS              ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                       TRUST ACCOUNT ACTIVITY

  TRAN
DATE  CODE  DESCRIPTION    COMMENT       CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
----  ----  -----------    -------       ---------  --------  -----------  -------
02/01/2008  BEGINNING BALANCE                                                 50.00
02/20 FC01  DRAW-FAC 1     3025-MKUP                              50.00        0.00
03/05 D300  CASH DEPOSIT   9096-3218                   40.00                  40.00
03/14 W501  SHIPPING CHAR  3392-UPS                                8.04       31.96
03/20 D340  EFT DEPOSIT    JP603-3475                 100.00                 131.96
03/25 FC01  DRAW-FAC 1     3542-MKUP                               95.00      36.96
04/01 D340  EFT DEPOSIT    JP615-3614                   50.00                 86.96
04/08*W389  DONATION - YO  3719COSTCO                              27.00      59.96
05/02 D340  EFT DEPOSIT    JP646-4005                  100.00                159.96
05/20 FC01  DRAW-FAC 1     4250-MKUP                              159.96       0.00
06/05*DD30  CASH DEPOSIT   9555-4510                   40.50                  40.50
06/24 FC01  DRAW-FAC 1     4812-MKUP                               40.50       0.00

                    * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/10/07          CASE NUMBER: FCR246381
COUNTY CODE: SOL                  FINE AMOUNT: $   200.00

 DATE    TRANS.
PLACED   CODE    DESCRIPTION                  TRANS. AMT.    BALANCE
------   -----   -----------                  -----------    -------
02/01/2008       BEGINNING BALANCE                            200.00
06/05/08  DR30   REST DED-CASH DEPOSIT           45.00-       155.00

                    CURRENT HOLDS IN EFFECT

 DATE    HOLD
PLACED   CODE    DESCRIPTION              COMMENT        HOLD AMOUNT
------   -----   -----------              -------        -----------
07/18/2008 H109  LEGAL POSTAGE HOLD       0280-LEGAL            2.19
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE

8/1/08

AUG 01 2008

```
REPORT ID: TS3030 .701                                              REPORT DATE: 08/01/08
                                                                    PAGE NO:          2
                           CALIFORNIA STATE PRISON SOLANO
                           INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 01, 2008

ACCT: V81987          ACCT NAME: SEASTRUNK, NATHAN MORRIS          ACCT TYPE: I
* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT  *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        *

                               TRUST ACCOUNT SUMMARY
                               ---------------------
        BEGINNING      TOTAL          TOTAL         CURRENT        HOLDS       TRANSACTIONS
        BALANCE        DEPOSITS       WITHDRAWALS   BALANCE        BALANCE     TO BE POSTED
        ---------      --------       -----------   -------        -------     ------------
          50.00         330.50          380.50        0.00          2.19           0.00

                                                              CURRENT
                                                              AVAILABLE
                                                              BALANCE
                                                              ---------
                                                                 2.19-
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE

AUG 0 1 2008