1

2

3

4

5

6         IN THE UNITED STATES DISTRICT COURT

7

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  NATHAN SEASTRUNK,              No. C 08-3444 WHA (PR)

11        Petitioner,          **ORDER DENYING MOTION FOR STAY**

12   v.

13  D. K. SISTO, Warden,          (Docket No. 20)

14        Respondent.

                            /

15

16      Petitioner, proceeding pro se, filed a petition for a writ of habeas corpus under 28 U.S.C.

17  2254 setting forth nine claims.  One claim was dismissed as not cognizable, and respondent was

18  ordered to show cause why the petition should not be granted based on the remaining eight

19  claims.  Respondent filed an answer and supporting papers denying the claims and petitioner

20  filed a traverse.  Petitioner has now filed a motion to stay this matter while he exhausts

21  additional claims in the state court, which claims he would like to add to this action via

22  amendment following exhaustion.

23      The United States Supreme Court has held that district courts have authority to stay

24  mixed petitions to allow exhaustion. *Rhines v. Webber*, 125 S.Ct. 1528, 1535 (2005).

25  Petitioner has not met either of the two requirements for a stay, however.  A stay can only be

26  granted upon a showing of good cause for petitioner's failure to exhaust the issues before filing

27  the federal petition, and a showing that the issues which the petitioner proposes to exhaust are

28  "potentially meritorious." *Id.*  Petitioner has not explained, let alone demonstrated good cause,

**United States District Court**
For the Northern District of California

1   why he did not exhaust his additional claims before filing this federal petition.  In addition,

2   petitioner has not identified the additional claims he wishes to exhaust, so it cannot be

3   determined whether they are potentially meritorious.  Accordingly, the motion for a stay (docket

4   number 20) is **DENIED** without prejudice to refiling a motion for a stay that makes the required

5   showing under *Rhines*.

6       **IT IS SO ORDERED.**

7

    Dated: November ___18___, 2009

8                                                                WILLIAM ALSUP
                                                                 UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  G:\PRO-SE\WHA\HC.08\SEASTRUNK3444.STY.wpd

28

**United States District Court**
For the Northern District of California

2